# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Roque Bisono**            Docket No. **18-161**-3 (RBK)

### Petition for Action on Conditions of Pretrial Release

COMES NOW ADRIENNE K. SMITH PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Roque Bisono**, who was placed under pretrial release supervision by the **HONORABLE JOEL SCHNEIDER** sitting in the Court at **Camden, New Jersey**, on **April 5, 2018**, under the following conditions:

1. $50,000 unsecured appearance bond co-signed by Yesenia Solis.
2. Pretrial Services Supervision.
3. Surrender all passports/travel documents by April 6, 2018. Do not apply for new travel documents.
4. Substance abuse testing and/or treatment as directed by Pretrial Services.
5. No contact with victims or witnesses.
6. Refrain from the use or unlawful possession of narcotic drugs unless prescribed by a license physician.
7. Surrender/do not possess any firearms. All firearms in any home in which the defendant resides shall be removed, in compliance with New Jersey state law.
8. Unsecured bond to be cosigned by April 6, 2018
9. Travel is restricted to the District of New Jersey unless otherwise approved by U.S. Pretrial Services
10. Defendant may travel to Pennsylvania and Delaware for work purposes.

On November 7, 2018 the defendant entered a guilty plea before Your Honor and is pending sentencing.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **a mental health testing and treatment condition**

ORDER OF COURT

Considered and ordered this ____7th____ day of ____July____, __2021__ and ordered filed and made a part of the records in the above case.

_____
Honorable Robert B. Kugler
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___June 10, 2021_____

_____
ADRIENNE K. SMITH
Senior U.S. Pretrial Services Officer